UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYLA CAPACI, as Administrator of the Estate of Niki Capaci, Deceased, and on behalf of All Distributees and Next-of-Kin including LAYLA CAPACI, Individually,

Plaintiff,

-against-

CYREL DASRAJ, et al.,

Defendants.

**ORDER**

24-CV-04626 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 22, 2026, the Court was advised that the parties have settled this case in principle. Specifically, Plaintiff filed a letter advising the Court that "the parties have reached a global settlement in principle, subject to the exchange of closing papers and surrogate court approval for wrongful death compromise." (Doc. 118).

Accordingly, the Court will issue an order administratively closing this case without prejudice to reopen within 30 days of the conclusion of the surrogate's court proceeding unless, on or before July 29, 2026, the parties advise the Court by letter filed via ECF why this case should remain open and active in light of the settlement.

**SO ORDERED.**

Dated: White Plains, New York
July 22, 2026

PHILIP M. HALPERN
United States District Judge