UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYLA CAPACI, as Administrator of the Estate of Niki Capaci, Deceased, and on behalf of All Distributees and Next-of-Kin including LAYLA CAPACI, Individually,

Plaintiff,

-against-

CYREL DASRAJ, et al.,

Defendants.

**ORDER**

24-CV-04626 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 22, 2026, the Court was advised that "the parties have reached a global settlement in principle, subject to the exchange of closing papers and surrogate court approval for wrongful death compromise." (Doc. 118).

On July 22, 2026, the Court issued an order providing that this case would be administratively closed without prejudice to reopen within thirty days of the conclusion of the surrogate's court proceeding unless, by July 29, 2026, the parties filed a letter explaining why this case should remain open and active in light of the settlement. The parties have not filed any letter or otherwise communicated with the Court to date.

Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the surrogate's court proceeding.[1]

---

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

All conferences or other scheduled court appearances are cancelled.

**SO ORDERED.**

Dated: White Plains, New York
July 30, 2026

PHILIP M. HALPERN
United States District Judge